# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 11/14/16**

In re:   Case No.:   16–24120 RAG   Chapter:   13

Mary Ellen Bunker
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 14 – Amended Schedules filed: Schedule AB, Schedule C, Schedule G, Schedule H, Schedule I, Schedule J, Schedule J2, on Behalf of Mary Ellen Bunker. Filed by Joseph Laumann. (Attachments: # 1 Certificate of Service) (Laumann, Joseph) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 11/28/16.** |
| CURE: | The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008) |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
     Attorney for Debtor(s) – Joseph Laumann

Form defntc (11/2013)